**EXHIBIT H**

# SUPERIOR COURT OF CALIFORNIA
# COUNTY OF LOS ANGELES

| | |
|---|---|
| IN RE THE MATTER OF SEARCH WARRANT FOR THE 907 CLUB (SEARCH WARRANT NO. 61241) | ) SEARCH WARRANT NO. 61241 ) ) [Judge Torres Rizk] ) (Department 72) ) ) ) REQUEST FOR RELEASE OF ) PROPERTY AND [PROPOSED] ORDER |

## I. REQUEST FOR RELEASE OF PROPERTY

Items were seized pursuant to Search Warrant No. 61241 issued on November 2, 2010, by Judge Georgina Torres Rizk, Superior Court of California, County of Los Angeles, and executed by the Los Angles Police Department on November 5, 2010, at the premises known as the 907 Club located at 907 S. Hill Street, in the City of Los Angeles. The items are further described in two Property Reports, DR No. 10-0119360, attached and incorporated herein.

These items are retained by the Los Angeles Police Department, Property Division, under authorization of California Penal Code Section 1536.

The Los Angeles Police Department has been served with a Federal Grand Jury Subpoena from the United States District Court, Central District of California, commanding that all evidence seized during the execution of the above-referenced Search Warrant, including all evidence listed in Property Reports, DR No. 10-0119360 be produced to the Federal Grand Jury on February 18, 2011.

Wherefore, Los Angeles Police Department seeks the release of said items so that it may comply with the Federal Grand Jury Subpoena.

I swear under penalty of perjury the foregoing is true and correct to the best of my knowledge.

DATED: FEB 15, 2011

_____
Officer LeRoi O'Brien

1

REQUEST FOR RELEASE OF PROPERTY AND [PROPOSED] ORDER

## II. ORDER AND RELEASE OF PROPERTY

TO THE LOS ANGELES POLICE DEPARTMENT:

This Court hereby orders release of in rem jurisdiction of the items or property described in the Amended Return to Search Warrant No. 61241 of the Los Angeles Superior Court and that jurisdiction over such property is, hereby, transferred to the federal jurisdiction of the grand jury of the United States District Court for the Central District of California. Accordingly, the Los Angeles Police Department may release said property from its custody to the custody of the Federal Grand Jury or Special Agent Craig Porter of the Immigration and Customs Enforcement in order to comply with the federal subpoena dated February 2, 2011.

DATED: February 15, 2011
10:10 AM

_____
The Honorable Georgina Torres Rizk
Judge of the Superior Court

