```
ANDRÉ BIROTTE JR.
United States Attorney                NOTE: CHANGES MADE BY
ROBERT E. DUGDALE                     THE COURT
Assistant United States Attorney
Chief, Criminal Division
JAMES M. LEFT (Cal. SBN. 173382)
Special Assistant United States Attorney
General Crimes Section
     1200 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-0511
     Facsimile: (213) 894-0141
     E-mail:    jim.left@usdoj.gov

Attorneys for Plaintiff
United States of America
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 11-436(A)-MRW |
| Plaintiff, | [PROPOSED] PROTECTIVE ORDER REGARDING CONFIDENTIAL PRODUCTION OF DOCUMENTS |
| v. | |
| HUGO RENE BAQUIAX, JOEL CIRILO SOSA HERNANDEZ, | |
| Defendants. | |

The Court has read and considered the Stipulation Regarding Protective Order, filed by the parties in this matter. The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates facts that support the issuance of a protective order in this case. Accordingly, for good cause shown, IT IS HEREBY ORDERED THAT:

1. Documents pertaining to the investigation and prosecution of criminal activity by defendants HUGO RENE BAQUIAX ("BAQUIAX") and JOEL CIRILO SOSA HERNANDEZ ("SOSA"), which are

disclosed by the government to satisfy its discovery obligations (hereinafter referred to as the "CI information"), shall be subject to this Protective Order.

2. In response to defendant's discovery requests and the government's obligations, the government will produce to defendants' counsel a copy of the CI information.

3. The government will produce the CI information in an electronic format, which will consist of paper documents that have been scanned onto disks or DVDs.

4. The electronic documents will be numbered and stamped "CONFIDENTIAL" and the cover of the disks or DVDs will be marked: "WARNING: CONTENTS SUBJECT TO PROTECTIVE ORDER.  COPYING OR UNAUTHORIZED VIEWING IS SUBJECT TO PUNISHMENT AS CONTEMPT OF COURT."

5. The following individuals are "Named Individuals" under the terms of this protective order:  Gregory Nicolaysen and employees or agents of his law firm; George S. Steele and employees or agents of his law firm; and investigators and experts retained by Mr. Nicolaysen or Mr. Steele to work on this case.

6. Subject to the exceptions in Paragraph 7, Named Individuals are the only people who will have access to the CI information and any copies thereof.  The CI information and any copies thereof may be shown to anyone else only in the presence of a Named Individual.  No one may leave or otherwise provide any CI information, or any copies thereof, to anyone not identified as a Named Individual.  Other than Named Individuals, no one may copy, take notes from, or otherwise record, any CI information.

1  Gregory Nicolaysen and George S. Steele shall maintain a record
2  of the number of copies of any CI information that are created.
3       7.   The only exception to the provisions of Paragraph 6 is
4  that the CI information and copies thereof may be shown to any
5  defendant, but only in the presence of a Named Individual.
6       8.   Within one month after the conclusion of the sentencing
7  if there is no appeal, or within one month after the conclusion
8  of any appeal, Gregory Nicolaysen and George S. Steele will
9  return all CI information, and all copies thereof, to the United
10 States Attorney's Office for the Central District of California.
11      9.   This order shall apply to any counsel who are added as
12 counsel of record, substitute into this matter as counsel of
13 record, replace current counsel as counsel of record, or in any
14 other way become counsel of record in this matter.
15      10.  A willful violation of this Protective Order by a
16 person with notice of its contents may be punishable as contempt
17 of a court order or other criminal sanctions.
18 IT IS SO ORDERED.

20 DATED: October 4, 2011
                                    _____
21                                  THE HONORABLE MICHAEL R. WILNER
                                    UNITED STATES MAGISTRATE JUDGE

Presented by:

   /s/_____
JAMES M. LEFT
Special Assistant United States Attorney