1  George L. Steele, Esq. (189399)
   Rachel Alexandra Rossi, Esq. (266732)
2  Law Offices of George L. Steele
   127 N. Madison Ave., Suite 24
3  Pasadena, CA  91101
   Telephone:  (626) 405-4860
4  Facsimile:  (626) 388-9759
   Email:  gsteele@glslaw.net
5
   Attorney for Defendant
6  JOEL CIRILO SOSA HERNANDEZ

7

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          )   Case No. CR 11-00436-MRW-002
                                       )
12          Plaintiff,                 )   **DECLARATION OF JOEL
                                       )   CIRILO SOSA HERNANDEZ IN
13          v.                         )   SUPPORT OF MOTION FOR
                                       )   ORDER (1) SUPPRESSING ALL
14  HUGO RENE BAQUIAX,                 )   EVIDENCE OBTAINED BY LAPD
    JOEL CIRILO SOSA HERNANDEZ,        )   FROM SEARCH CONDUCTED
15                                     )   PER WARRANT EXECUTED AT
            Defendants.                )   THE 907 CLUB; OR
16                                     )   ALTERNATIVELY, (2)
                                       )   PRECLUDING THE
17                                     )   GOVERNMENT'S USE OF SUCH
                                       )   EVIDENCE AT TRIAL
18                                     )
                                       )   DATE: Oct 3, 2011
19                                     )   TIME: 3:00 p.m.
                                       )   JUDGE: Hon. Michael R. Wilner
20

21      Defendant Joel Cirilo Sosa Hernandez ("Mr. Sosa"), by and through his

22  undersigned counsel, hereby submits his Declaration in Support of Motion For Order

23  (1) Suppressing All Evidence Obtained By LAPD From Search Conducted Per

24  Warrant Executed At The 907 Club; Or Alternatively, (2) Precluding The

25  / / /

26  / / /

27  / / /

28  / / /

**DECLARATION OF JOEL CIRILO
SOSA HERNANDEZ**

1  Government's Use Of Such Evidence At Trial, filed on September 4, 2011 (Docket

2  No. 32).

3

4  Dated:  October 5, 2011

5

6                                              By:  /s/

7                                                   George L. Steele
                                                    Attorney for Defendant
8                                                   JOEL CIRILO SOSA HERNANDEZ

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                          2
DECLARATION OF JOEL CIRILO
SOSA HERNANDEZ

1 **DECLARATION OF JOEL CIRILO SOSA HERNANDEZ**

2 I JOEL CIRILO SOSA HERNANDEZ hereby state and declare as follows:

3     1.    I am a defendant named in the Superseding Information in United States v.

4 Baquiax, et. al., case number CR 11-00436-MRW-002.  I am charged with hiring and

5 continuing to employ illegal aliens in violation of 8 USC 1324(a)(1)(A), (a)(2), and (f)(1).

6     2.    During its investigation of this case, the government searched and seized

7 numerous documents and items at the premises of the 907 Club, were I was employed, and

8 where I had the title of "Assistant Manager."

9     3.    The documents and computers seized were located in one of two offices of

10 the 907 Club (hereinafter referred to as "the business office").

11     4.    Only myself and three other managers had full access to the 907 Club

12 building and two offices, and exercised managerial control over the day-to-day operations

13 of the Club.

14     5.    Only myself and three other managers had keys and access to the two offices

15 located at the 907 Club, including the business office where the documents and computers

16 were seized.

17     6.    The door of the business office remained closed and locked during business

18 hours.  Other employees who were not one of the four managers, including the female

19 dancers, were not permitted access to the business office.

20     7.    All records and documents concerning the female employees and their

21 employee files were maintained in file cabinets located within the business office.  No other

22 employee had access to these file cabinets.  Only the managers had access to these file

23 cabinets.

24     8.    The computers were located in the 907 Club business office.

25     9.    When female applicants or employees, or when the Confidential Informant in

26 this case, arrived at the 907 Club to speak with a manager, the female would always speak

27 with security at the door first.  Security would call up to a manager and ask for permission

28 for the female to enter the club and the business office.  The female was never permitted to

DECLARATION OF JOEL CIRILO
SOSA HERNANDEZ

1  enter the business office without the permission of a manager.  The undercover video in this

2  case indicates this is true.

3       10.     I make this declaration for the sole purpose of asserting my rights under the

4  Fourth Amendment and Title III, and I reserve my rights under the Fifth Amendment.

5       I declare the following under the penalty of perjury under the laws of the United

6  States of America the foregoing is true and correct.  Executed this 5th day of October, 2011

7  in Pasadena, California.

8

9                                        _Joel Cirilo Sosa Hernandez_, Declarant

10

11

12  Translated by Estela Mell, certified

13  Spanish Interpreter.

14

15

16

17                                        10 - 5 - 11

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF JOEL CIRILO                4
SOSA HERNANDEZ

1                               **PROOF OF SERVICE**

2         I, the undersigned, declare that I am a resident or employed in Los Angeles County, California; that my business address is the Law Offices of George L. Steele,

3 127 N. Madison Ave., Suite 24, Pasadena, CA 91101; that I am over the age of eighteen years; that I am not a party to the above-entitled action; that I am employed

4 by the Law Offices of George L. Steele, who is a member of the Bar of the United States District Court for the Central District of California, and at whose direction I

5 served the **DECLARATION OF JOEL CIRILO SOSA HERNANDEZ IN SUPPORT OF MOTION FOR ORDER (1) SUPPRESSING ALL EVIDENCE**

6 **OBTAINED BY LAPD FROM SEARCH CONDUCTED PER WARRANT EXECUTED AT THE 907 CLUB; OR ALTERNATIVELY, (2) PRECLUDING**

7 **THE GOVERNMENT'S USE OF SUCH EVIDENCE AT TRIAL.**

8         On October 11, 2011, following ordinary business practice, service was completed:

9

10 **x**   (VIA ELECTRONIC SERVICE)     I caused the foregoing document to be served electronically on all counsel following CM/ECF filing with the Court.

11         This proof of service is executed at Pasadena, California, on October 11, 2011.

12         I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

13

14

15 Christina A. Hicklin

16