1  ANDRÉ BIROTTE JR.
   United States Attorney
2  ROBERT E. DUGDALE
   Assistant United States Attorney
3  Chief, Criminal Division
   JAMES M. LEFT (Cal. SBN: 173382)
4  Special Assistant United States Attorney
   General Crimes Section
5       1200 United States Courthouse
        312 North Spring Street
6       Los Angeles, California  90012
        Telephone: (213) 894-0511
7       Facsimile: (213) 894-0141
        E-mail: jim.left@usdoj.gov
8
9  Attorney for Plaintiff
   UNITED STATES OF AMERICA
10
                  UNITED STATES DISTRICT COURT
11
               FOR THE CENTRAL DISTRICT OF CALIFORNIA
12

| UNITED STATES OF AMERICA, | ) | No. CR 11-436(A)-MRW |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | NOTICE OF LODGING OF EXHIBIT J IN SUPPORT OF GOVERNMENT'S SUPPLEMENT TO ITS OPPOSITION TO DEFENDANTS' MOTION TO SUPPRESS EVIDENCE |
| HUGO RENE BAQUIAX, JOEL CIRILO SOSA HERNANDEZ, | ) | |
| Defendant. | ) | |

     Plaintiff, United States of America, hereby gives notice that Exhibit J - a DVD will be manually filed today with this Court in Support of Government's Supplement to its Opposition.

Dated: October 18, 2011          Respectfully submitted

                                 ANDRÉ BIROTTE JR.
                                 United States Attorney

                                 ROBERT E. DUGDALE
                                 Assistant United States Attorney
                                 Chief, Criminal Division


                                      /S/
                                 _____
                                 JAMES M. LEFT
                                 Assistant United States Attorney
                                 Attorneys for Plaintiff
                                 United States of America



EXHIBIT J