UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No. | CR 11-436-MRW | Date | November 1, 2011 |
|---|---|---|---|

| Present: The Honorable | Michael R. Wilner, United States Magistrate Judge |
|---|---|
| Interpreter | Javier Villalobos   (SPANISH) |

| Veronica McKamie | CS 11/1/11 | James Left |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 1. Hugo Rene Baquiax | X | | X | 1. Gregory Nicolaysen | X | X | |
| 2. Joel Cirilo Sosa Hernandez | X | | X | 2. George Steele | X | X | |

**Proceedings:**   **HEARING: ORDER RE: PRETRIAL CONFERENCE**

   The Court confers with counsel regarding the status of the case. Parties are ordered to appear for a Motion hearing on November 29, 2011, at 9:30 a.m., in Courtroom H, 9th Floor in the Spring Street Courthouse.

|  | : | 40 |
|---|---|---|
| | Initials of Deputy Clerk | vm |

cc: AUSA
    Panel